# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2024-0336
Lower Tribunal No. 2020-DP-000383-O

_____

In the Interest of O.B., D.B., and I.B., children.

K.M.,

Appellant,

v.

DEPARTMENT OF CHILDREN AND FAMILIES,

Appellee.

_____

Appeal from the Circuit Court for Orange County.
Greg A. Tynan, Judge.

September 6, 2024

PER CURIAM.

AFFIRMED.  *See* Fla. R. App. P. 9.315(a).

STARGEL, WOZNIAK and BROWNLEE, JJ., concur.

K.M., Holiday, pro se.

Kelley Schaeffer, Children's Legal Services, Bradenton, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED